UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeffrey Fellman, *individually and on behalf of a class of similarly situated individuals*, | Case No. 0:17-cv-02267-MJD-DTS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Target Corporation, *a Minnesota corporation*, and Target Stores, Inc*., a Minnesota corporation*, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Dkt. No. 16) **IT IS ORDERED** that the above-captioned action, including all claims which were or could have been asserted therein, is **DISMISSED WITH PREJUDICE**, on the merits and without costs or attorneys' fees to any party. LET JUDGMENT BE ENTERED.


Dated:  January 31, 2018                              s/Michael J Davis
                                                     Michael J. Davis
                                                     United States District Court Judge