# UNITED STATES DISTRICT COURT
## District of Minnesota

Jeffrey Fellman,

                     Plaintiff,

v.

Target Corporation, Target Stores, Inc.,

                     Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 17-cv-2267 MJD/DTS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-captioned action, including all claims which were or could have been asserted therein, is

DISMISSED WITH PREJUDICE, on the merits and without costs or attorneys' fees to any party.

Date: 1/31/18

                                          KATE M. FOGARTY, CLERK

                                          s/J. Dunbar Fannemel

                (By)           J. Dunbar Fannemel, Deputy Clerk